■ In the Matter of DANAYSHA D., a Person Alleged to be a Juvenile Delinquent, Appellant. [993 NYS2d 314]—Order of disposition, Family Court, Bronx County (Peter J. Passidomo, J.), entered on or about November 22, 2013, which adjudicated appellant a juvenile delinquent upon her admission that she committed an act that if committed by an adult, would constitute the crime of assault in the third degree, and placed her on probation for a period of 12 months, unanimously affirmed, without costs.

On this record, Family Court properly determined that an adjournment in contemplation of dismissal would not have been consistent with appellant's needs and the community's need for protection. The underlying incident involved violence, and appellant's conduct and attendance at school, among other things, gave cause for concern. Concur—Tom, J.P., Friedman, Acosta, DeGrasse and Gische, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY JONES, Appellant. [993 NYS2d 522]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Richard D. Carruthers, J.), rendered on or about October 3, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Acosta, DeGrasse and Gische, JJ.